LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
Nicole M. Cahill, CSB No. 287165
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants County of Sacramento,
Sheriff Scott Jones, Eric Maness, Jamie Lewis
and Annmarie Boylan

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MEYERS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO SHERIFF'S DEPARTMENT SHERIFF SCOTT JONES, MAIN JAIL COMOMANDER ERIC MANESS, JAMIE LEWIS, CHIEF CORRECTIONAL AND COURT SERVICES, ANNMAIRE BOYLAN CHIEF OF CORRECTIONAL HEALTH SERVICES, MEDICAL DIRECTOR SACRAMENTO COUNTY JAIL; AND DOES I-XXX INCLUSIVE,<br><br>    Defendants. | Case No. 2:16-CV-01121-MCE-CKD<br><br>**ORDER ON MOTION TO MODIFY OR VACATE THE SCHEDULING ORDER**<br><br>Date: March 8, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7 |

    Good cause having been shown and there being no opposition, Defendants' Motion to Modify or Vacate the Scheduling Order (ECF No. 17) is GRANTED. That scheduling order (ECF No. 3) is hereby modified as follows:

    1. Not later than sixty (60) days after the date this Order is electronically filed, the parties shall confer as required by Federal Rule of Civil Procedure 26(f);

///

///

2. All discovery, with the exception of expert discovery, shall be completed not later than three hundred sixty-five (365) days following the date this Order is electronically filed;

3. All other dates shall be calculated based on these changes; and

4. All other provisions shall remain in effect.

IT IS SO ORDERED.

Dated: March 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE