UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MEYERS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No. 2:16-cv-01121 MCE CKD (PS)<br><br>ORDER |

Plaintiff is proceeding in this action pro se. On July 18, 2018, the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

Defendants have filed an answer, but there is currently no pretrial schedule in effect. (See ECF No. 23.) Good cause appearing, the court will order the parties to file status reports and proposed pretrial dates, including discovery and dispositive motion deadlines. The parties are strongly encouraged to submit a joint proposal if possible. The parties need not propose deadlines beyond the dispositive motion deadline at this time.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. No later than thirty (30) days from the date of this order, the parties shall file reports on the status of this litigation and any pertinent issues, including whether a settlement conference would be beneficial at this time.
2. No later than thirty (30) days from the date of this order, the parties shall file proposed pretrial deadlines as described above.

Dated: August 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/meyers1121.order

2 / ac v fairfield.jo