# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Glen E. Meyers

### Plaintiff(s)

vs.

County of Sacramento, et al.

### Defendants.

No. 2:16-cv-01121-MCE-CKD (PS)

## REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Kristin N. Capritto , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on October 25, 2018 by the Honorable Carolyn K. Delaney , United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Defending defense counsel's deposition of plaintiff scheduled for August 23, 2019 at FCI in Long Beach. Estimated costs as follows:

Per diem meals: $264 ($66 [GSA] x 2 people x 2 days)
Hotel: $360 ($180 [GSA] x 2 people)
Rental Car and Fuel: $125
Airport Parking at SMF: $36 ($18 x 2)
Airline Tickets: $1200 ($600 x 2)

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

The foregoing are estimates; receipts itemizing actual costs incurred to counsel will be provided to the court following the deposition. Two attorneys are traveling for the purpose of this deposition in light of one of plaintiff's court appointed counsel being newly admitted to practice.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1985 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: _____

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _9th_ day of _August_, 20_19_, at _Sacramento_, California.

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _August 9, 2019_

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE