UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MEYERS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:16-cv-01121-MCE-CKD PS<br><br><br>ORDER |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on December 18, 2019 is defendants' motion for summary judgment. No opposition to the motion has been filed.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The December 18, 2019 hearing on defendants' motion for summary judgment (ECF No. 42) is VACATED.

2. The hearing on defendants' motion for summary judgment (ECF No. 42) is continued to January 22, 2020 at 10:00 a.m. in courtroom no. 24.

3. Plaintiff shall file opposition, if any, to the motion no later than January 8, 2020. Plaintiff is cautioned that failure to file an opposition will be deemed a statement of non-opposition and shall result in submission of defendants' motion for summary judgment on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

4. Reply, if any, shall be filed no later than January 15, 2020.

Dated: December 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 meyers1121.nooppo