UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MEYERS, | No. 2:16-cv-01121-MCE-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On January 8, 2020, plaintiff filed a response to defendants' motion for summary judgment. (ECF No. 50.) The document was electronically filed using counsel Stratton Barbee's CM/ECF user name and password. Stratton Barbee was terminated as plaintiff's counsel of record on July 17, 2018. (See ECF Nos. 23, 24.)

Attached to plaintiff's response is a declaration of counsel Dennise Henderson in support of the response; she avers that she contacted defendants' counsel on plaintiff's behalf regarding the motion for summary judgment. (ECF No. 50.) Dennise Henderson was terminated as counsel of record on July 17, 2018. (ECF Nos. 23, 24.)

Despite having been relieved as counsel at their request one and a half years ago, Stratton Barbee and Dennise Henderson are acting on plaintiff's behalf in a representative capacity. Both counsel must file a notice of representation if they intend to continue representing plaintiff. Otherwise, the court cautions them against acting on plaintiff's behalf, including using their

1

CM/ECF login for plaintiff's filings and contacting opposing counsel.

Accordingly, IT IS HEREBY ORDERED that no later than **January 17, 2020**, Stratton Barbee and Dennise Henderson shall file a notice of appearance on plaintiff's behalf if they intend to continue representing plaintiff. If no notice of appearance is filed, the court will presume counsel is not representing plaintiff and will not act in that manner going forward, including using their CM/ECF login for filings and/or contacting defendants' counsel.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to Stratton Barbee and Dennise Henderson via the court's electronic notification system.

Dated: January 13, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 meyers1121.order