UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MEYERS,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No. 2:16-cv-01121-MCE-CKD<br><br>ORDER |

On June 15, 2020, the magistrate judge filed findings and recommendations herein, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 62. After the deadline to file objections had passed, attorney Dennise Henderson filed a "Response to Magistrate's Recommendation of Dismissal." ECF No. 63. Plaintiff is proceeding in propria persona, and Ms. Henderson is not counsel of record. Defendants filed a response to Ms. Henderson's filing. ECF No. 65.

The Court has reviewed the file and concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Magistrate's Findings and Recommendations (ECF No. 62) are ADOPTED in full;

1

2. Plaintiff's action is DISMISSED; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 11, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE